```
Michael Leight, Esq. #71637
Law Offices of Michael Leight
6700 Pacific Coast Highway
Suite 237
Long Beach, California 90803
562/430-1009   FAX 562/431-2154

Attorney for Plaintiff,
Farmers & Merchants Bank of Long Beach
12-4042/kb
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| FARMERS & MERCHANTS BANK OF LONG BEACH,<br><br>               Plaintiff,<br><br>     vs.<br><br>RONALD C. WILLEMSEN AND JOYCE E. WILLEMSEN, AS TRUSTEES OF THE RONALD C. WILLEMSEN AND JOYCE E. WILLEMSEN 2001 REVOCABLE TRUST DATED NOVEMBER 1, 2001; A&I ROCK CO., INC.; INTRAVAIA ROCK & SAND, INC.; MONTCLAIR EQUIPMENT & TRUCK REPAIR, INC.; RONALD C. WILLEMSEN, AS AN INDIVIDUAL; JOYCE E. WILLEMSEN, AS AN INDIVIDUAL; SOUTHLAND ECONOMIC DEVELOPMENT CORPORATION; FIRST AMERICAN TITLE INSURANCE COMPANY; THE UNITED SMALL BUSINESS ADMINISTRATION; and DOES 1-100, inclusive,<br><br>               Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No. 5:13-CV-00609-JGB-SP<br><br>[~~Proposed~~] **Judgment Granting Motion for Summary Judgment**<br><br><br>Date: 12 May 2014<br>Time: 9:00 AM<br>Ctrm: 1 |

1

The Motion for Summary Judgment by Plaintiff, Farmers & Merchants Bank of Long Beach, came on for hearing on 12 May 2014 before the Honorable Judge Jesus G. Bernal, United States District Judge. The court having considered all papers, points and authorities, evidence and argument presented both in favor, and in opposition to, the Motion, and in accordance with the statement of uncontroverted facts and conclusions of law entered herein:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

Judgment is entered in favor of Plaintiff on its complaint against the Willemsen Trustees, allowing the Plaintiff, F&M, to proceed with its judicial foreclosure as prayed for in F&M's complaint.

Judgment is also entered in favor of F&M against Defendants, A&I Rock, Inc.; Intravaia Rock & Sand, Inc.; Montclair Equipment & Truck Repair, Inc.; Ronald C. Willemsen as an individual; and Joyce E. Willemsen as an individual on their "commercial guaranties", in the following amounts:

> "*Principal balance as of 9 April 2014: $695,216.89, plus*
>
> *Interest as of 9 April 2014: $74,992.01. And interest shall continue to accrue at $114.869 per day, plus*

   *Default interest under the note in the sum of $62,472.96 (which continues to accrue at the rate of $96.55 per day, plus*

   *Late charges in the amount of $5,897.45, plus"*

   Attorneys fees and other costs in an amount to be fixed by the court.

Dated: July 24, 2014

            Honorable Jesus G. Bernal,
            United States District Judge

Presented By:

Law Offices of Michael Leight
By JOHN GLOGER, Attorney for
Plaintiff, Farmers & Merchants
Bank of Long Beach

12-4042propjudgment/kb/sm