1   ANDRÉ BIROTTE JR.
    United States Attorney
2   LEON W. WEIDMAN
    Assistant United States Attorney
3   Chief, Civil Division
    KATHERINE M. HIKIDA
4   Assistant United States Attorney
    Cal. Bar No. 153268
5           Federal Building, Suite 7516
            300 North Los Angeles Street
6           Los Angeles, California 90012
            Telephone: (213) 894-2285
7           Facsimile: (213) 894-7819
            E-mail: katherine.hikida@usdoj.gov
8
9   Attorneys for Federal Defendant and Crossclaimant
    ADMINISTRATOR OF THE U.S. SMALL BUSINESS ADMINISTRATION
10
                  UNITED STATES DISTRICT COURT
11
           FOR THE CENTRAL DISTRICT OF CALIFORNIA
12
                        EASTERN DIVISION
13

| 14 | FARMERS & MERCHANTS BANK OF LONG BEACH, | No. ED CV 13-609-JGB(SPx) |
|---|---|---|
| 15 | Plaintiff, | **JUDGMENT** |
| 16 | v. | |
| 17 | | |
| 18 | RONALD C. WILLEMSEN AND JOYCE E. WILLEMSEN, AS TRUSTEES OF THE RONALD C. | Honorable Jesus G. Bernal |
| 19 | WILLEMSEN 2001 REVOCABLE TRUST DATED NOVEMBER 1, | |
| 20 | 2001; A&I ROCK CO., INC.; INTRAVAIA ROCK & SAND, INC.; | |
| 21 | MONTCLAIR EQUIPMENT & TRUCK REPAIR, INC.; RONALD C. | |
| 22 | WILLEMSEN, AS AN INDIVIDUAL; JOYCE E. WILLEMSEN, AS AN | |
| 23 | INDIVIDUAL; FIRST AMERICAN TITLE INSURANCE COMPANY; | |
| 24 | ADMINISTRATOR OF THE UNITED STATES SMALL BUSINESS | |
| 25 | ADMINISTRATION; and DOES 1- | |
| 26 | 100, inclusive, | |
| 27 | Defendants. | |
| 28 | ADMINISTRATOR OF THE UNITED STATES SMALL BUSINESS ADMINISTRATION, | |

1

Crossclaimant,

2

v.

3

WILLEMSEN TRUSTEES, RONALD
C. WILLEMSEN, JOYCE E.

4

WILLEMSEN, A&I ROCK CO., INC.;
INTRAVAIA ROCK & SAND, INC.;

5

MONTCLAIR EQUIPMENT &

6

TRUCK REPAIR, INC.,

7

Cross-Defendants.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

The Motion for Summary Judgment brought by Federal Defendant and Crossclaimant Administrator of the United States Small Business Administration ("SBA Administrator") came on regularly for hearing on May 12, 2014, before the Honorable Jesus G. Bernal, United States District Judge.  The Court, having considered the pleadings, memoranda of points and authorities, evidence, and oral argument presented at the time of the hearing, and in accordance with the Statement of Uncontroverted Facts and Conclusions of Law entered herein:

IT IS HEREBY ORDERD, ADJUDGED, AND DECREED that:

Federal Defendant and Crossclaimant SBA Administrator's Motion for Summary Judgment be granted and judgment is hereby entered in favor of the SBA Administrator against Cross-Defendants Ronald C. Willemsen and Joyce E. Willemsen, as Trustees of the Ronald C. Willemsen and Joyce E. Willemsen 2001 Revocable Trust Dated November 1, 2001; Ronald C. Willemsen, as an individual; Joyce E. Willemsen, as an individual; A&I Rock Co., Inc.; Intravaia Rock & Sand, Inc.; and Montclair Equipment & Truck Repair, Inc. in the full amount due on the SBA Note, as follows:

> A.  Principal (including expenses):  $551,844.86;
> B.  Interest (to May 29, 2014):  $57,573.12; and
> C.  Daily interest of $85.38 from May 29, 2014, until paid.

Dated:  ___July 24,_____, 2014.

_____
UNITED STATES DISTRICT JUDGE

1

1    Presented By:

2    ANDRÉ BIROTTE JR.
     United States Attorney
3    LEON W. WEIDMAN
     Assistant United States Attorney
4    Chief, Civil Division

5

6        /s/
     KATHERINE M. HIKIDA
7    Assistant United States Attorney

8    Attorneys for Federal Defendant and
     Crossclaimant
9    Administrator of the U.S. Small
     Business Administration
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2